# ALABAMA COURT OF CRIMINAL APPEALS



April 12, 2024

**CR-2023-0648**
Cornelius Marchett Gray v. State of Alabama (Appeal from Tuscaloosa Circuit
Court: CC-04-2639.61)

## <u>NOTICE</u>

You are hereby notified that on April 12, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk